LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 30177

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DARLENE MARKS, Petitioner-Appellee,

v.

MIKE JAMES TODD, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-DA NO. 09-1-0422)

K. HAMAKADO CLERK, APPELLATE COURTS STATE OF HAWAI'I — 2010 APR 22 AM 9:09 — FILED

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon review of the record, it appears that:

(1) Respondent-Appellant Michael James Todd (Appellant) filed a notice of appeal on November 12, 2009; (2) on January 11, 2010, the appellate clerk filed a notice of entering case on calendar and notified Appellant the jurisdictional statement was due on January 21, 2010 and the opening brief was due on February 20, 2010; (3) Appellant did not file the jurisdictional statement or the opening brief; (4) on March 4, 2010, the appellate clerk informed Appellant that (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be brought to the attention of the court on March 11, 2010 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; (5) Appellant did not file the jurisdictional statement or the opening brief. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, April 22, 2010.

Chief Judge

Associate Judge

Associate Judge